UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA**　　　　　　　Case Number: **8:09-cr-568-T-33AEP**

**v.**　　　　　　　USM Number: **51590-018**

**GEDDES WILLIS**　　　　　　　Mark Ciaravella, CJA

---

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Supervised Release

The defendant admitted guilt to violation charge numbers One and Two of the term of Supervised Release. Accordingly, the court has adjudicated that the defendant is guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | New criminal conduct, conspiracy to manufacture, distribute and possess with the intent to distribute cocaine, crack cocaine, heroin, fentanyl, and oxycodone | February 13, 2019 |
| Two | New criminal conduct, conspiracy to possess with the intent to distribute heroin | February 13, 2019 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence: July 31, 2019

_[signature]_
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

July __31__, 2019

**Geddes Willis**
8:09-cr-568-T-33AEP

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **SIXTY (60) MONTHS**. The terms of imprisonment imposed by this judgment shall run consecutively with the defendant's term of imprisonment to be imposed in any future sentence in Docket Number 8:18-cr-572-T-23AEP, in United States District Court, Middle District of Florida.

The defendant is remanded to the custody of the United States Marshal at the time of sentencing in case # 8:18-cr-572-T-23AEP.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By: _____
Deputy U.S. Marshal

AO 245D (Rev. 02/18) Judgment in a Criminal Case

Geddes Willis
8:09-cr-568-T-33AEP

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of Upon service of the sentence herein, the defendant shall be discharged from further jurisdiction of the Court in this case.